UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

APPEARANCE

v.

Christopher Sinclair

08 MAG 187

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Christopher Sinclair

I certify that I am admitted to practice in this court.

Date: 3/4/08

s/_____
Eric M. Sears
61 Broadway, Suite 1601
New York, NY 10006

Tel. 212-252-8560
Fax 212-267-3024
Cell: 917-929-2096
Email: emsearsesq@aol.com